CHARLES J. CROONQUIST *vs.* CHRISTIAN FLATNER.

41 291
83 353

July 18, 1889.

**Appeal from Justice on Questions of Law.**—On an appeal from a justice on questions of law alone, the district court is not called on to consider the evidence, except so far as to determine whether from it the justice might find facts that would justify the judgment.

Appeal by plaintiff from a judgment of the district court for Stevens county, *Sleeper*, J., presiding, (acting for the judge of the 16th district,) affirming a justice's judgment from which the plaintiff had appealed on questions of law alone. The action was for conversion of a cow of the value of $30, butchered by defendant, alleged to be one of several described in a mortgage from defendant to plaintiff.

*S. A. Flaherty,* for appellant.

*H. T. Bevans,* for respondent.

GILFILLAN, C. J. The appeal from the justice of the peace to the district court being on questions of law alone, there was no question of fact for that court to consider, nor of the effect of the evidence, except to determine whether it was such that from it the justice might have found facts that would justify the judgment. As the evidence was of such a character, there is nothing in the second assignment of error. As there was on the evidence a question of identity of the cow killed by defendant with that described in plaintiff's mortgage and claimed by him, it was proper to prove that, after the taking of the cow killed by defendant, there still remained in the possession of the mortgagor, in whose possession the mortgaged property continued, a cow answering to the description in the mortgage, for it tended to show that the cow killed was not the one described in the mortgage.

Judgment affirmed.